JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LUCIEN CERF,<br>      Plaintiff,<br><br>      v.<br><br>CONTINENTAL CASUALTY CO.,<br>      Defendant. | Case No.: CV 17-7993 DSF (SSx)<br><br>JUDGMENT |

    The Court having ordered that the complaint be dismissed and Plaintiff having failed to seek leave to amend its complaint in the time allowed by the Court,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: 4/3/18

                                          Dale S. Fischer
                                          United States District Judge